UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
                                              :

UNITED STATES OF AMERICA      :        Docket No. 3:14CR00147(WWE)
                                              :

v.                                                  :
                                              :

MILES H. PRICE                     :        October 13, 2014
                                              :
------------------------------------------------------x

**MOTION FOR RELEASE ON BOND AND FOR HEARING**

      The defendant, Miles Price, hereby requests that he be released from custody pending trial in this matter, and that the Court schedule a hearing to consider this motion.

      Mr. Price was arrested on June 18, 2014, and indicted on July 1, 2014, on narcotics and weapons charges.  Mr. Price was ordered detained, and he remains incarcerated at the Wyatt Detention Center.  Mr. Price is not alleged to have engaged in any violence in the indictment; rather, he is charged with simply having possessed a firearm after a prior conviction for a felony.  There is no mandatory minimum sentence applicable to any of the charges against him in the indictment.

      Mr. Price proposes that he be released subject to a $100,000 non-surety bond.  The bond would be co-signed by members of the defendant's family, including his father, his sister, and his fiancee, as well as a close friend.  His fiancee would serve as a custodian.  Mr. Price's father, sister and fiancee all live in one house, and there is generally at least one adult home at all times.  Mr. Price would of course submit to any restrictions on his movements and activities that are imposed by the Court, including any curfew or electronic monitoring.

      Mr. Price has no passport and no assets, and presents no risk of flight.  His entire family is in

New Haven, including his young children, and he has never lived outside of this community. Any perceived risk of danger to the community can be addressed by appropriate conditions of release.

The details of this proposal, including the names and contact information of available co-signers, will be provided to the United States Probation Office and to the government in the form of a letter, to preserve the privacy interests of those involved.

                                        Respectfully submitted,

                                        The Defendant,
                                        Miles Price

                                        Office of the Federal Defender

Dated: October 13, 2014         /s/ Sarah A. L. Merriam
                                        Sarah A. L. Merriam
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT   06510
                                        Bar No. ct25379
                                        Phone: 203-498-4200
                                        Fax: 203-498-4207
                                        Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/   Sarah A. L. Merriam
                                            Sarah A. L. Merriam